UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRESTVIEW BAPTIST CHURCH, INC., A Church Not for Profit Corporation Formed for Religious, Charitable, Benevolent and Educational Purposes,<br><br>　　Plaintiff,<br><br>vs.<br><br>BROTHERHOOD MUTUAL INSURANCE COMPANY, a foreign for-profit Insurance Corporation,<br><br>　　Defendant. | Case No. 5:14-cv-00450-L |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Crestview Baptist Church, Inc., by and through its attorney of record, Michael D. McGrew of the firm Michael D. McGrew & Associates, PC, joining with Defendant, Brotherhood Mutual Insurance Company, by and through its attorney of record, David B. Donchin of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

| | |
|---|---|
| *s/Michael D. McGrew*<br>Michael D. McGrew, OBA #13167<br>Michael D. McGrew & Associates<br>Metropolitan Building<br>400 North Walker Avenue, Suite 115<br>Oklahoma City, OK 73102<br>Telephone: (405) 235-9909<br>Facsimile: (405) 235-9929<br>E-Mail: mcgrewslaw@yahoo.com<br>Attorney for Plaintiff<br>*(Signed by Filing Attorney with permission of Plaintiff Attorney)* | *s/David B. Donchin*<br>David B. Donchin<br>OK Bar Number: 10783<br>Andrew M. Gunn<br>OK Bar Number: 19470<br>Durbin, Larimore & Bialick<br>920 North Harvey<br>Oklahoma City, OK 73102-2610<br>Telephone: (405) 235-9584<br>Facsimile: (405) 235-0551<br>E-Mail: dlb@dlb.net<br>Attorney for Defendant |